(98 N. W. Rep. 1134.)

---

GEORGE S. MONTGOMERY *v.* GEORGE A. TUCKER.

Opinion filed August 7, 1903.

Appeal from District Court, Richland county; *Lauder,* J.
Action by George S. Montgomery, as receiver, against George
A. Tucker. From a judgment for plaintiff, defendant appeals.
Reversed.

*Lee Combs,* for appellants.
*Purcell & Bradley* and *Charles E. Wolfe,* for respondents.

PER CURIAM. This case is not distinguished in any way upon
its facts from the case of *Montgomery* v. *Whitbeck* (12 N. D.
—), 96 N. W. Rep. 327. The case was tried in the district
court on the same day, by the same counsel, and before the same
judge as was the Whitbeck case. The purpose of the action is the
same. The pleadings and proofs are alike in essential particulars,
and the case is in all respects controlled by the decision of that

controversy. The judgment of the district court is reversed. That court is directed to reverse its judgment and to dismiss the action. Appellants will recover costs of all courts.

(96 N. W. Rep. 1134.)